No. 87–2097.   CARDIN v. MARYLAND, *ante*, p. 827.   Petition for rehearing denied.

No. 87–5734.   SINDRAM v. READING, 484 U. S. 1013.   Motion for leave to file petition for rehearing denied.   JUSTICE KENNEDY took no part in the consideration or decision of this motion.

NOVEMBER 2, 1988

No. 88–5498.   QUINCY v. UNITED STATES.   C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.

No. 88–5815 (A–359).   FRANKLIN v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

NOVEMBER 7, 1988

No. 87–451.   FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION, AS RECEIVER FOR WESTSIDE FEDERAL SAVINGS & LOAN ASSN. v. STEVENSON ASSOCIATES ET AL.   C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.